CRANDELL, Respondent, v. BICKERD et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by John L. Crandell against Elizabeth Bickerd and William H. Gardner.

PER CURIAM. Motion denied, on condition that the appellants within 20 days serve and file printed papers in this appeal, and pay respondent $10 costs of this motion. In default thereof, motion is granted, with $10 costs.

CURTIS v. VAN BERGH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Wendell J. Curtis, as assignee, etc., against Frederick W. Van Bergh and another. No opinion. Judgment and order affirmed, with costs. See 51 N. Y. Supp. 1140.

DANNER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by George Danner against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that plaintiff was guilty of contributory negligence as matter of law, and should have been nonsuited.

In re DAVIDSON. (Supreme Court, Appellate Division, First Department. October 19, 1900.) In the matter of Edmund D. Davidson. No opinion. Decree affirmed, with costs.

DAVIDSON et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Hugh Davidson and others against Clarence L. Smith. No opinion. Judgment affirmed, with costs.

DAVIS, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by John C. Davis against the city of Syracuse. No opinion. Judgment and order affirmed, with costs. All concur, except SPRING and LAUGHLIN, JJ., who dissent.

DAVIS, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Henry I. Davis against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

DEERING v. REILLY. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by James A. Deering against William J. Reilly. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 704, and 61 N. Y. Supp. 1135.

DELECKER, Appellant, v. CAMP et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Charles Delecker against Fred E. Camp and others. T. H. Friend, for appellant. F. E. Eustis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DESBECKER et al., Respondents, v. CAUFFMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Benjamin Desbecker and another against David M. Cauffman and another. No opinion. Judgment and order affirmed, with costs. See 65 N. Y. Supp. 1131.

DITMAS, Respondent, v. McKANE, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Abigal V. Ditmas, as administratrix, etc., of Henry C. Ditmas, deceased, against Fanny McKane, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re DODGE. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) In the matter of the application of William W. Dodge for admission to the bar. No opinion. The papers should be amended, so as to show that no application has been made for admission in any other department.

In re DODGE. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) In the matter of the application of William W. Dodge for admission to the bar. No opinion. Application granted.

DREYER v. TUTTLE et al. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Louis Dreyer against Mary L. Tuttle, Bennett Dreyer, and another. No opinion. Order affirmed, with costs.

DURYEA v. FUECHSEL. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John Duryea against Catherine Fuechsel, as executrix, etc. No opinion. Motion granted, with $10 costs.

EARLY, Respondent, v. KORN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Peter Early against Mary Ann Korn impleaded, etc., and others. No opinion. Interlocutory judgment affirmed, with costs to the respondent and disbursements to the appellants payable out of the fund.

EGGLESTON, Respondent, v. RICHARDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by William N. Eggleston against Edward J. Richards, James V. Lawrence, sole surviving member of the firm of Lawrence Bros., and others. No opinion. Motion to dismiss appeal granted, with $10 costs of motion and the disbursements on the appeal.

FARQUHAR et al., Appellants, v. WISCONSIN CONDENSED MILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by James